Filed Sept. 14, 1892.

---

No. 616.

## PLOTZ v. FRIEND.

BILL OF EXCEPTIONS.—*Date of Presentation to Judge.*—*Must be Stated in Bill.* —*Evidence.*—Where a motion for a new trial was overruled on December 27th, and sixty days were granted to file a bill of exceptions containing the evidence, and the bill was signed and approved by the judge on the 28th day of the following March, and filed with the clerk on April 1st, but it did not appear *in* the bill when it was presented to the judge, although it was stated on the margin of the transcript, under the judge's signature, that it was presented to him on February 20th, the evidence was not properly in the record. Section 629, R. S. 1881, requires that "the date of the presentation shall be stated *in* the bill of exceptions.

From the Floyd Circuit Court.

*J. V. Kelso* and *C. D. Kelso*, for appellant.

*A. Dowling*, for appellee.

CRUMPACKER, J.—The only question discussed by counsel for appellant is upon the sufficiency of the evidence to support the verdict. It is maintained upon the other side that the evidence is not in the record, and consequently there is nothing for decision. The motion for a new trial was overruled on the 27th day of December, 1890, and sixty days were granted appellant to file a bill of exceptions containing the evidence. The bill of exceptions was signed and approved by the trial judge on the 28th day of March, 1891, and filed with the clerk on the 1st day of April following. It does not appear *in* the bill when it was presented to the

judge, but there is written on the margin of the transcript opposite the certificate the following statement:

"This bill was presented to me February 20th, 1891.

"GEORGE A. BICKNELL, Judge F. C. C."

This statement does not purport to be contained in the bill of exceptions but is a copy of an endorsement made thereon. Section 629, R. S. 1881, requires that "the date of the presentation shall be stated *in* the bill of exceptions." It was said by the court in *Orton* v. *Tilden,* 110 Ind. 131 (139): "It is no compliance with the provisions of this section of the statute, to recite that, within the time allowed, the defendants presented their bill of exceptions. But the exact date of the presentation must be stated, *not* in the margin nor on the back of the bill, but *in* the bill itself, so that it may be seen by this court whether or not the date of the presentation was within the time allowed by the court." The same rule was declared in *Buchart* v. *Burger,* 115 Ind. 123; *McCoy* v. *State, ex rel.,* 121 Ind. 160.

Following these authorities we must hold that the evidence is not before us.

The judgment is affirmed.

Filed June 10, 1892.